Query   Reports   Utilities   Help   What's New   Log Out

AOR,BNDDUTY,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-20657-DPG-2

| | |
|---|---|
| Case title: USA v. Rubio Lopez et al | Date Filed: 09/21/2017 |
| Magistrate judge case number: 1:17-mj-03243-JG | Date Terminated: 01/16/2018 |

Assigned to: Judge Darrin P. Gayles

### Defendant (2)

**Jacinto Andres Tofino Guerrero**  represented by  **Noticing FPD-MIA**
14960-104                                                305.530.7000
*YOB 1986 Spanish*                                       Email: MIA_ECF@FD.org
*TERMINATED: 01/16/2018*                                 *TERMINATED: 09/28/2017*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         Designation: Public Defender Appointment

                                                         **Helaine Blythe Batoff**
                                                         Federal Public Defender's Office
                                                         150 W Flagler Street
                                                         Miami, FL 33130-1556
                                                         305-530-7000
                                                         Fax: 536-4559
                                                         Email: helaine_batoff@fd.org
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         Designation: Public Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| 46:70506(b) Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States. (1) | IMPRISONMENT: 84 months. SUPERVISED RELEASE: 3 years. |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 46:70503(a)(1) Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United | DISMISSED. |

States.
(2)

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 46:70503(a)(1) DEFENDANTS ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES, WITH THE SOUTHERN DISTRICT OF FLORIDA BEING THE DISTRICT AT WHICH THE DEFENDANTS FIRST ENTERED THE UNITED STATES, CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE, THAT IS, A MIXTURE AND SUBSTANCE CONTAINING FIVE (5) KILOGRAMS OR MORE OF COCAINE | |

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Timothy J. Abraham**<br>UNITED STATES ATTORNEYS OFFICE<br>99 N.E. 4th Street<br>7th Floor<br>Miami, FL 33132<br>305-961-9438<br>Fax: 305-536-7599<br>Email: Timothy.Abraham2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Nalina Sombuntham**<br>US Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132<br>305-961-9224<br>Email: nalina.sombuntham2@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2017 | | Arrest of Jacinto Andres Tofino Guerrero (at) [1:17-mj-03243-JG] (Entered: 09/05/2017) |

| 09/01/2017 | 1 | CRIMINAL COMPLAINT as to Alejandro Rubio Lopez (1), Jacinto Andres Tofino Guerrero (2), Johnny Enrique Anchundia Lucas (3), Antonio Santo Quimis Cali (4). (at) [1:17-mj-03243-JG] (Entered: 09/05/2017) |
|---|---|---|
| 09/01/2017 | 3 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance as to Jacinto Andres Tofino Guerrero held on 9/1/2017. Arraignment set for 9/15/2017 AT 10:00 AM in Miami Division before MIA Duty Magistrate. Detention Hearing set for 9/6/2017 AT 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Noticing FPD-MIA for Jacinto Andres Tofino Guerrero (Digital 14:18:07) (Signed by Magistrate Judge Jonathan Goodman on 9/1/2017). (at) [1:17-mj-03243-JG] (Entered: 09/05/2017) |
| 09/05/2017 | 6 | Invocation of Right to Silence and Counsel by Jacinto Andres Tofino Guerrero (Batoff, Helaine) [1:17-mj-03243-JG] (Entered: 09/05/2017) |
| 09/06/2017 | 10 | Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Status Conference re: detention as to Jacinto Andres Tofino Guerrero held on 9/6/2017. Bond set as to Jacinto Andres Tofino Guerrero (2) Stipulated $250,000 Csb/Nebbia Spanish Interpreter present. (Digital 11:07:45) (cg1) [1:17-mj-03243-JG] (Entered: 09/14/2017) |
| 09/13/2017 | | Set/Reset Deadlines/Hearings as to Alejandro Rubio Lopez, Jacinto Andres Tofino Guerrero, Antonio Santo Quimis Cali: Arraignment set for 9/18/2017 10:00 AM in Miami Division before MIA Duty Magistrate. Preliminary Examination set for 9/18/2017 10:00 AM in Miami Division before MIA Duty Magistrate. (yar) [1:17-mj-03243-JG] (Entered: 09/13/2017) |
| 09/15/2017 | | Set/Reset Deadlines/Hearings as to Alejandro Rubio Lopez, Jacinto Andres Tofino Guerrero, Antonio Santo Quimis Cali: Arraignment set for 9/18/2017 09:00 AM in Miami Division before Magistrate Judge Barry L. Garber. Preliminary Examination set for 9/18/2017 09:00 AM in Miami Division before Magistrate Judge Barry L. Garber. (yar) [1:17-mj-03243-JG] (Entered: 09/15/2017) |
| 09/15/2017 | 12 | Unopposed MOTION to Continue *Preliminary Hearing and Arraignment to 9/25/17* by USA as to Alejandro Rubio Lopez, Jacinto Andres Tofino Guerrero, Johnny Enrique Anchundia Lucas, Antonio Santo Quimis Cali. Responses due by 9/29/2017 (Attachments: # 1 Text of Proposed Order)(Abraham, Timothy)[1:17-mj-03243-JG] (Entered: 09/15/2017) |
| 09/18/2017 | 15 | Minute Entry for proceedings held before Magistrate Judge Barry L. Garber: Status Conference Re: Prelim/Arraignment as to Jacinto Andres Tofino Guerrero held on 9/18/2017. ( Preliminary Arraignment set for 9/26/2017 10:00 AM in Miami Division before MIA Duty Magistrate) Spanish Interpreter present. (Digital Backup Recorder) (mno) [1:17-mj-03243-JG] (Entered: 09/18/2017) |
| 09/21/2017 | 18 | INDICTMENT as to Alejandro Rubio Lopez (1) count(s) 1, 2, Jacinto Andres Tofino Guerrero (2) count(s) 1, 2, Antonio Santo Quimis Cali (3) count(s) 1, 2, Johnny Enrique Anchundia Lucas (4) count(s) 1, 2 and the FORFEITURE. (ra) (Additional attachment(s) added on 9/25/2017: # 1 Restricted Unredacted Indictment) (ra). (Entered: 09/25/2017) |
| 09/26/2017 | 20 | Minute Order for proceedings held before Ch. Magistrate Judge Andrea M. Simonton: **ARRAIGNMENT** as to Jacinto Andres Tofino Guerrero (2) Count 1,2 held on 9/26/2017. Spanish Interpreter present. (Digital 10:20:11)<br><br>PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a |

| | | |
|---|---|---|
| | | sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Ch. Magistrate Judge Andrea M. Simonton on 9/26/2017. (br) (Entered: 09/26/2017) |
| 09/28/2017 | 23 | Notice of Assignment of Assistant Federal Public Defender as to Jacinto Andres Tofino Guerrero. Attorney Helaine Blythe Batoff added.. Attorney Helaine Blythe Batoff added to party Jacinto Andres Tofino Guerrero(pty:dft). (Batoff, Helaine) (Entered: 09/28/2017) |
| 09/28/2017 | 24 | SCHEDULING ORDER as to Alejandro Rubio Lopez, Jacinto Andres Tofino Guerrero, Johnny Enrique Anchundia Lucas, Antonio Santo Quimis Cali Calendar Call set for 11/8/2017 09:30 AM in Miami Division before Judge Darrin P. Gayles. Jury Trial set for 11/13/2017 in Miami Division before Judge Darrin P. Gayles. Signed by Judge Darrin P. Gayles on 9/28/2017. (lan)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 09/29/2017) |
| 10/06/2017 | 25 | NOTICE OF ATTORNEY APPEARANCE Nalina Sombuntham appearing for USA. *Re: Forfeiture*. Attorney Nalina Sombuntham added to party USA(pty:pla). (Sombuntham, Nalina) (Entered: 10/06/2017) |
| 10/10/2017 | 26 | RESPONSE to Standing Discovery Order by USA as to Alejandro Rubio Lopez, Jacinto Andres Tofino Guerrero, Antonio Santo Quimis Cali, Johnny Enrique Anchundia Lucas (Abraham, Timothy) (Entered: 10/10/2017) |
| 11/06/2017 | 28 | PAPERLESS NOTICE OF CHANGE OF PLEA HEARING as to Jacinto Andres Tofino Guerrero: Change of Plea Hearing set for 11/7/2017 11:00 AM in Miami Division before Judge Darrin P. Gayles. The Government must email a factual proffer and any plea agreement to Jermaine_Creary@flsd.uscourts.gov by 12:00 p.m. on 11/6/17. PLEASE NOTE THE CALENDAR CALL SCHEDULED FOR 11/8/17 IS HEREBY CANCELLED AND THIS CASE IS REMOVED FROM THE 11/13/17 TRIAL DOCKET AS TO THIS DEFENDANT.(jcy) (Entered: 11/06/2017) |
| 11/07/2017 | 32 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Change of Plea Hearing as to Jacinto Andres Tofino Guerrero held on 11/7/2017. Jacinto Andres Tofino Guerrero (2) Guilty Count 1. Defendant knowingly and voluntarily changes plea to guilty. Court accepts Defendant's plea. Spanish Interpreter present. Attorney Appearance(s): Timothy J. Abraham, Helaine Blythe Batoff, Defendant (Custody). Court Reporter: Patricia Diaz, 305-523-5178 / Patricia_Diaz@flsd.uscourts.gov. (jcy) (Entered: 11/07/2017) |
| 11/07/2017 | 37 | FACTUAL PROFFER STATEMENT as to Jacinto Andres Tofino Guerrero. (jcy) (Entered: 11/08/2017) |
| 11/08/2017 | 33 | Notice of Presentence Investigation Assignment of Alejandro Rubio Lopez and Jacinto Andres Tofino Guerrero to US Probation Officer Michael Soto in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse. He can be contacted at (305)523-5316 or Michael_Soto@flsp.uscourts.gov. (lrn) (Entered: 11/08/2017) |
| 11/08/2017 | 38 | PAPERLESS NOTICE OF SENTENCING HEARING as to Jacinto Andres Tofino Guerrero: Sentencing set for 1/12/2018 10:00 AM in Miami Division before Judge Darrin P. Gayles. THE PARTIES SHALL FILE ALL MOTIONS AND ANY OBJECTIONS TO |

| | | |
|---|---|---|
| | | THE PRESENTENCE INVESTIGATION REPORT 14 DAYS PRIOR TO THE SCHEDULED SENTENCING DATE. THE PARTIES SHALL NOTIFY THE COURT SEVEN DAYS PRIOR TO THE SENTENCING DATE IF THEY ANTICIPATE THE HEARING WILL LAST LONGER THAN 30 MINUTES.(jcy) (Entered: 11/08/2017) |
| 12/21/2017 | 60 | DRAFT Disclosure of Presentence Investigation Report of Jacinto Andres Tofino Guerrero. This is a limited access document and access has been removed by USPO due to incorrect document attached. See DE 61 for corrected PSI (Attachments: # 1 Position of Parties)(wsz) Modified on 12/21/2017 (mf). (Entered: 12/21/2017) |
| 12/21/2017 | 61 | DRAFT Disclosure of Presentence Investigation Report of Jacinto Andres Tofino Guerrero. This is a limited access document. Report access provided to attorneys Timothy J. Abraham, Helaine Blythe Batoff by USPO (Attachments: # 1 Position of Parties)(wsz) (Entered: 12/21/2017) |
| 01/08/2018 | 64 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Jacinto Andres Tofino Guerrero. This is a limited access document. Report access provided to attorneys Timothy J. Abraham, Helaine Blythe Batoff by USPO (Attachments: # 1 Addendum)(wsz) (Entered: 01/08/2018) |
| 01/08/2018 | 65 | SENTENCING MEMORANDUM by Jacinto Andres Tofino Guerrero (Batoff, Helaine) (Entered: 01/08/2018) |
| 01/11/2018 | 69 | MOTION to Reduce Sentence *pursuant to 5K1.1* Under Rule 35 by USA as to Jacinto Andres Tofino Guerrero. Responses due by 1/25/2018 (Abraham, Timothy) (Entered: 01/11/2018) |
| 01/16/2018 | 72 | JUDGMENT as to Jacinto Andres Tofino Guerrero (2), Count(s) 1, IMPRISONMENT: 84 months. SUPERVISED RELEASE: 3 years.; Count(s) 2, DISMISSED. Assessment: $100.00. Closing Case for Defendant. Signed by Judge Darrin P. Gayles on 1/12/2018. (mc)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 01/17/2018) |
| 02/16/2018 | 80 | Acknowledgment of Service on 2/1/18 at D. Ray James Correctional Facility as to Jacinto Andres Tofino Guerrero (2) re 72 Judgment (mc) (Entered: 02/16/2018) |
| 01/30/2025 | | SYSTEM ENTRY - Docket Entry 87 restricted/sealed until further notice. (ra) (Entered: 01/30/2025) |
| 01/30/2025 | | SYSTEM ENTRY - Docket Entry 88 restricted/sealed until further notice. (ra) (Entered: 01/30/2025) |