Jacinto Andres Tofino Guerrero
8:25-cr-295-KKM-LSG

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 8:25-cr-295-KKM-LSG |
| v. | USM Number: 14960-104 |
| JACINTO ANDRES TOFINO GUERRERO | Mark Rodriguez, CJA |

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge number One of the terms of Supervised Release. Accordingly, the Court has adjudicated that the defendant is guilty of this violation charge number:

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New conviction for conduct, Conspiracy to traffic five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, occurring on December 27, 2024, while on supervision in violation of the conditions of supervision (Grade A Violation) | December 27, 2024 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: December 18, 2025

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

December 19, 2025

AO 245D (Rev. 09/19) Judgment in a Criminal Case

**Jacinto Andres Tofino Guerrero**
**8:25-cr-295-KKM-LSG**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-SEVEN (27) MONTHS**. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed in Docket Number 8:25-cr-15-SDM-CPT, in the Middle District of Florida Federal Court.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Jacinto Andres Tofino Guerrero
8:25-cr-295-KKM-LSG

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____
    Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment in a Criminal Case

**Jacinto Andres Tofino Guerrero**
8:25-cr-295-KKM-LSG

# SUPERVISED RELEASE

Upon service of the sentence herein, the defendant shall be discharged from further jurisdiction of the Court in this case.

The defendant, having been convicted of a qualifying felony, shall cooperate in the collection of DNA as directed by the probation officer.

AO 245D (Rev. 09/19) Judgment in a Criminal Case